IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00180-D

| | |
|---|---|
| KUSTOM U.S., INC., <br><br> Plaintiff, <br><br> v. <br><br> CATHLEEN COLLINS BRYANT, <br><br> Defendant. | ORDER |

The above-listed Parties' Joint Motion to Remand is **GRANTED** and this action is remanded to the Superior Court for Onslow County, North Carolina.

SO ORDERED. This 1 day of December 2020.

JAMES C. DEVER III
United States District Judge